IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: HomeBanc Mortgage Corporation et al.

| | |
|---|---|
| GEORGE L. MILLER, CHAPTER 7 TRUSTEE FOR THE ESTATE OF HOMEBANC CORP., | |
| Appellant, | |
| v. | C.A. No. 13-1064 (RGA) |
| | Bankruptcy Case No. 09-11079-KJC |
| BEAR STERNS & CO., INC., BEAR STERNS INTERNATIONAL LTD., AND STRATEGIC MORTGAGE OPPORTUNITIES REIT INC., | ADV No. 07-51740 (KJC) |
| | BAP No. 13-48 |
| Appellees. | |

## STIPULATED BRIEFING SCHEDULE

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Appellant George L. Miller (the "Appellant"), Chapter 7 Trustee for the Estate of Homebanc Corp., and Appellees, Bear, Stearns & Co., Inc., Bear, Stearns International Limited, and Strategic Mortgage Opportunities REIT, Inc. (collectively, "Appellees"), subject to the approval of the Court, that the following Stipulated Briefing Schedule shall govern with respect to the dates on which each party must file its respective brief(s) in this appeal:

Appellant's Opening Brief, not to exceed sixty-five pages, shall be filed by September 9, 2013;

Appellees' Answering Brief, not to exceed sixty-five pages, shall be filed by November 8, 2013; and,

Appellant's Reply Brief shall be filed by November 25, 2013.

Dated: July 16, 2013                    Respectfully submitted,

| /s/ Steven M. Coren | /s/ Andrew W. Stern |
|---|---|
| Steven M. Coren (*pro hac vice*) | Andrew W. Stern(*pro hac vice*) |
| KAUFMAN, COREN & RESS, P.C. | James O. Heyworth (*pro hac vice*) |
| Two Commerce Square, Suite 3900 | Sidley Austin LLP |
| 2001 Market Street | 787 Seventh Avenue |
| Philadelphia, PA 19103 | New York, NY 10019 |
| Tel: (215) 735-8700 | Tel: (212) 839-5300 |
| Fax: (215) 735-5170 | Fax: (212) 839-5599 |

| /s/ William J. Burnett | /s/ Karen B. Skomorucha Owens |
|---|---|
| William J. Burnett (DE 4078) | William P. Bowden (DE 2553) |
| FLASTER GREENBERG P.C. | Karen B. Skomorucha Owens (DE 4759) |
| 1000 N. West Street, Suite 1200 | Ashby & Geddes, P.A. |
| Wilmington, DE 18901 | 500 Delaware Avenue, 8th Floor |
| Tel: (302) 351-1910 | Wilmington, DE 19801 |
| Fax: (302) 351-1919 | Tel: (302) 654-1888 |
| *Counsel for Appellants* | Fax: (302) 654-2067 |
| | *Counsel for Appellees* |

SO ORDERED:

_____
Honorable Richard G. Andrews
United States District Judge